**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-4820**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

KHALID LATIF PORTER, a/k/a Khalid Taylor,
a/k/a Khalid Abdulsallam,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CR-98-222)

———————————

Submitted:  June 1, 1999          Decided:  August 3, 1999

———————————

Before WIDENER, ERVIN, and WILKINS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Alan H. Yamamoto, Alexandria, Virginia, for Appellant.  Helen F.
Fahey, United States Attorney, Rebeca Hidalgo Bellows, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Khalid Latif Porter appeals from the district court's denial of his pretrial motion to suppress evidence. Because Porter subsequently entered an unconditional guilty plea to the indictment for possession with intent to distribute crack cocaine in violation of 21 U.S.C. § 841(a)(1) (1994), we are without jurisdiction to hear the merits of Porter's appeal because his unconditional guilty plea waived all antecedent non-jurisdictional errors. <u>See</u> Fed. R. Crim. P. 11(a)(2); <u>Tollett v. Henderson</u>, 411 U.S. 258 (1973); <u>United States v. Cain</u>, 155 F.3d 840, 842-43 (7th Cir. 1998). Accordingly, we dismiss the appeal. We grant Porter's motion to file a pro se supplemental brief, although we find the argument raised therein to be without merit. We dispense with oral argument because the facts and legal contentions are adequately set forth in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2